# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>D. BAILEY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.   1:10-cv-02145-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF COMPLAINT<br><br>(ECF No. 12) |

### **ORDER**

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 16, 2011, Plaintiff submitted the service documents as requested by the Court. (ECF No. 9.) In a Motion filed simultaneously, Plaintiff requests either courtesy copies of the Complaint or an extension of time to make copies. Plaintiff states that the copy machine was broken, he had limited access to the law library, and that he has mental health problems.

///

//

1  The Court only Ordered Plaintiff to provide one copy of the First Amended
2  Complaint, which he did.  He does not need to provide any other copies for service.
3  Thus, this request is DENIED.
4  IT IS SO ORDERED.

Dated:  May 23, 2011

UNITED STATES MAGISTRATE JUDGE