# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>  Plaintiff,<br><br>   v.<br><br>D. BAILEY, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:10-cv-02145-LJO-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE<br><br>Docs. 22 & 25 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 7, 2011, Plaintiff filed a Motion for Temporary Restraining Order. On September 20, 2011, the Magistrate Judge issued Findings and Recommendations, recommending denying Plaintiff's Motion for Temporary Restraining Order. Plaintiff has not submitted any objections to the Findings and Recommendations of the Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations, filed September 20, 2011, in full; and

2. Plaintiff's Motion for Temporary Restraining Order, filed September 7, 2011, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   November 18, 2011**          /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE